961 F.2d 209
 In re Pepe Oldsmobile-Pontiac-GMC Truck, Inc., Pepe Imports,
Inc., Pepe Toyota, Inc., Pepe Lincoln-Mercury, Inc., Pepe
Chevrolet-Buick, Inc., Pepe Nissan, Inc., t/a Pepe Yugo,
Pepe Buick-Oldsmobile-Cadillac, Inc., V.I.P.
Chevrolet-Oldsmobile, Inc., V.I.P. Motorcar Corp., Shore
Buick, Inc., Chemical Bank New Jersey, N.A.
 NO. 91-5568
 United States Court of Appeals,
Third Circuit.
 Mar 26, 1992
 
 Appeal From: D.N.J.,
 Rodriguez, J.
 
 
 1
 AFFIRMED.